LOUIS A. BASILE – SBN 047432
**PORTER SIMON**
Professional Corporation
P.O. Box 5339, 210 Grove Street
Tahoe City, California 96145
Telephone:	(530) 583-7268
Facsimile:	(530) 583-7209
basile@portersimon.com

Attorneys for Plaintiff
KERRI JENKINS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRI JENKINS, | Case No.: CIV. NO. 2:17-0542 WBS AC |
| Plaintiff, | **AMENDED STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | Hon. William B. Shubb |
| SPANISH SPRINGS CONSTRUCTION, INC., and DOES 1-100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, among all parties above-named, all parties acting through their undersigned counsel of record, that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

/ / /

**LAW OFFICE OF PORTER SIMON**
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone: (530) 587-2002
Facsimile: (530) 587-1316

{00714942.DOC 1 }

PAGE 1

Dated: February 13, 2018        LOUIS A. BASILE
                                PORTER SIMON, PROFESSIONAL
                                CORPORATION

By:_____
    LOUIS A. BASILE
    Attorneys for Plaintiff
    KERRI JENKINS

Dated: February 13, 2018        **YEMPUKU, WETTERS & MCNAMARA**

By: _____
    MARK R. WETTERS, ESQ.
    Attorney for Defendant SPANISH SPRINGS CONSTRUCTION, INC.

## **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action and all claims for relief are hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: February 15, 2018        _____
                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE

LAW OFFICE OF
PORTER SIMON
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone: (530) 587-2002
Facsimile: (530) 587-1316

{00714942.DOC 1 }

PAGE 2